# Court of Appeals
# of the State of Georgia

ATLANTA, September 28, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0182. GAIL S. WOOD v. JEREMY DAVID WOOD.

Gail S. Wood filed a notice of appeal from a trial court order awarding attorney fees to her ex-husband pursuant to OCGA §§ 9-15-14 (a) and (b),[1] and Jeremy Wood has filed a motion to dismiss her appeal.

An order awarding OCGA § 9-15-14 attorney fees also requires an application for discretionary appeal. See OCGA § 5-6-35 (a) (10). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Gail Wood's failure to comply with the discretionary appeal procedures deprives this Court of jurisdiction over the appeal. Accordingly,

---

[1] This is the parties' second appeal in this Court. In the first, Gail Wood challenged the trial court's denial of her motion for contempt and grant of her ex-husband's motion for modification of visitation. We affirmed the trial court's judgment in accordance with Court of Appeals Rule 36. See Case No. A20A0136, decided Apr. 30, 2020.

Jeremy Wood's motion to dismiss is hereby GRANTED, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*   09/28/2022

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*